Adolph Dahlgren, Einar Holmertz as Administrator of Estate of Beth Ann Holmertz, Deceased, and Irene Holmertz, Plaintiffs-Appellants, v. Raymond Holtzheimer, Defendant-Appellee.

Gen. No. 10,629.

 Williams,
McCarthy & Kinley, for appellants; Knight, Haye & Keegan, for appellee. Opinion by JUSTICE ANDERSON. Not to be published in full. Opinion filed December 30, 1952; released for publication January 16, 1953.